IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-01186-MSK-BNB

JAMES A. PORTER,

    Plaintiff,

v.

THE CITY OF MONTROSE, COLORADO,

    Defendant.

_____

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW
_____

**THIS MATTER**, having come before the Court pursuant to the Defendant's Unopposed Motion to Withdraw as Counsel.

The Unopposed Motion to Withdraw as Counsel is **GRANTED**. Wendy J. Shea is permitted to withdraw as counsel of record in this matter. Thomas S. Rice will continue to represent The City of Montrose, Colorado as counsel of record.

Dated this 9th day of August, 2005

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge