IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01186-MSK-BNB

JAMES A. PORTER,

      Plaintiff,

v.

THE CITY OF MONTROSE, COLORADO,

      Defendant.

_____

**ORDER GRANTING, IN PART, MOTION FOR SUMMARY JUDGMENT AND
REMANDING CASE**
_____

**PURSUANT TO** the reasons stated in open court on January 12, 2005, the Defendant's

Motion for Summary Judgment **(# 28)** is **GRANTED IN PART**, insofar as the Plaintiff's takings

claim asserted under the 5th Amendment to the United States Constitution is **DISMISSED** for

lack of subject matter jurisdiction as unripe.  The Court does not reach the Defendant's arguments

on the remaining claims.  Pursuant to 28 U.S.C. § 1447(c), the remaining claims– the Plaintiff's

takings claim under Section 14 of the Colorado Constitution and the due process claim under

Section 25 of the Colorado Constitution– are **REMANDED** to the Colorado District Court for the County of Montrose.  The Clerk of the Court shall transmit the entire case file to the Clerk of the Court for the Colorado District Court for the County of Montrose, and shall close this case.

Dated this 12th day of January, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge